UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIE WEAVER, | ) | 1:06-CV-01222-OWW-WMW-P |
| Plaintiff, | ) | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO SHOW CAUSE |
| v. | ) | |
| CCI THIRD WATCH, et al., | ) | (Doc. 6) |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 23, 2006, plaintiff filed a motion for an extension of time to respond to the court's order to show cause why he should not be required to pay the $350.00 filing fee for this action. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file a response to the court's order to show cause.

IT IS SO ORDERED.

**Dated:  November 16, 2006**        /s/  William M. Wunderlich
j14hj0                                                UNITED STATES MAGISTRATE JUDGE